MICHAEL J. KHOURI, ESQ. [SBN 97654]
KHOURI LAW FIRM
4040 Barranca Parkway, Suite 280
Irvine, California 92604
Telephone: (949) 336-2433
Fax:        (949) 387-0044
Email:      mkhouri@khourilaw.com

Attorneys for defendant NEIL A. VAN DYCK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>NEIL A. VAN DYCK,<br><br>      Defendant. | Case No. 2:15-cr-00200-GEB-1<br><br>**ORDER CONTINUING DEFENDANT'S SENTENCING**<br><br>[Stipulation submitted concurrently] |

  Plaintiff UNITED STATES OF AMERICA ("United States") and defendant NEIL A. VAN DYCK ("Van Dyck") (collectively, the United States and Van Dyck are the "Parties"), by and through their attorneys of record, stipulate that Van Dyck's judgment and sentencing date shall be continued to April 15, 2016, and all other pre-sentence deadlines (*see* ECF 11) shall be continued correspondingly.

  Based on the stipulation of the Parties Van Dyck's judgment and sentencing date is continued to April 15, 2016, commencing at 9:00 a.m., and all other pre-sentence deadlines are continued correspondingly.

  Dated:  December 15, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[PROPOSED] ORDER