1  MICHAEL J. KHOURI, ESQ. [SBN 97654]
   Email:     mkhouri@khourilaw.com
2  KHOURI LAW FIRM
   4040 Barranca Parkway, Suite 280
3  Irvine, California 92604
   Telephone:  (949) 336-2433
4  Fax:        (949) 387-0044

5  Attorneys for defendant NEIL A. VAN DYCK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00200-GEB-1 |
|---|---|
| Plaintiff, | **ORDER CONTINUING HEARING AND OPPOSITION/REPLY DEADLINES FOR QUI TAM RELATORS' MOTION TO DISBURSE FORFEITURE FUNDS** |
| vs. | |
| NEIL A. VAN DYCK, | |
| Defendant. | [Stipulation submitted concurrently] |

1

**[PROPOSED] ORDER**

Plaintiff UNITED STATES OF AMERICA ("United States"), defendant NEIL A. VAN DYCK ("Van Dyck"), and qui tam plaintiffs NANCY A. SMITH and WENDY S. JOHNSON ("Relators") (collectively, the United States, Van Dyck, and Relators are the "Parties"), by and through their attorneys of record, stipulated that the hearing date on Relators' motion to distribute forfeiture funds (ECF 19) shall be continued to March 18, 2016 at 9:00 AM. Correspondingly, the United States' and Van Dyck's oppositions will be due on February 11, 2016, instead of February 4, 2016; and any replies will be due on February 18, 2016, instead of February 11, 2016.

Based on the stipulation of the Parties,

**IT IS HEREBY ORDERED** that the hearing date on Relators' motion to distribute forfeiture funds (ECF 19) shall be continued to March 18, 2016 at 9:00 AM. Correspondingly, the United States' and Van Dyck's oppositions will be due on February 11, 2016, and any replies will be due on February 18, 2016.

**IT IS SO ORDERED.**

Dated: February 4, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge