UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>NEIL ALAN VAN DYCK,<br><br>            Defendant. | No. 2:15-CR-00200-GEB<br><br>**ORDER REGARDING QUI TAM REALTORS' NON-COMPLIANCE WITH LOCAL RULE 133** |

Qui Tam Realtors' brief filed on January 28, 2016 (ECF No. 19-1), cites <u>United States v. Patrick Chan</u>, Case No. 4:06CR00344 (Dkt. No. 39) (E.D. Ark. May 30, 2007), as authority without complying with Local Rule 133(i)(3)(i). This rule prescribes in pertinent part:

> If case . . . authority is relied upon that has not been reported, published or codified in [a Federal, State or National Reporter], and that is not available through Westlaw/Lexis, **a copy of that authority shall be appended to the brief or other document in which the authority is cited.**

E.D. Cal. L.R. 133(i)(3)(i)(Emphasis added). Since <u>United States v. Patrick Chan</u> is cited without compliance with the local rule, it is stricken.

Dated: March 1, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge