UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>NEIL A. VAN DYCK,<br><br>        Defendant. | No. 2:15-cr-00200-GEB |
| UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA, *ex. rel.* NANCY A. SMITH AND WENDY S. JOHNSON,<br><br>        Plaintiffs,<br><br>  v.<br><br>NEIL A. VAN DYCK, et al.<br><br>        Defendants. | No. 2:12-cv-01783-GEB-KJN<br><br>**ORDER** |

        The documents filed on September 29, 2015, ECF Nos. 4, 5, and 6, and the document filed on October 5, 2015, ECF No. 7, in Case No. 2:15-cr-00200-GEB are unsealed. Further, the document filed on September 29, 2015, ECF No. 44, and the document filed on October 5, 2015, ECF No. 45, in Case No. 2:12-cv-01783-GEB-KJN are also unsealed.

Dated:  March 11, 2016

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
Senior United States District Judge