PHILLIP A. TALBERT
Acting United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00200 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| NEIL A. VAN DYCK, | |
| Defendant. | |

      The United States, through the undersigned counsel, and defendant Neil A. Van Dyck, through his undersigned counsel, hereby stipulate and jointly request that the restitution hearing currently on calendar for May 27, 2016 be continued to June 24, 2016 with the following schedule.

      1.    The United States shall provide to defendant it proposed restitution on or before June 3, 2016, or shall inform defendant that it will recommend that the Court adopt the restitution proposed in the Presentence Investigation Report.

      2.    Defendant shall respond to the United States's proposed restitution on or before June 10, 2016.

      3.    Thereafter, if there is any dispute between the parties with respect to restitution, the parties may file their briefs regarding restitution on or before June 17, 2016.

1  To the extent that there is no dispute with respect to restitution, the parties will submit a
2 stipulation and proposed order and will request that the hearing be vacated. .
3  The parties further stipulate that the time between May 27, 2016 and June 24, 2016, be excluded
4 from the time period for a final determination of the victim's losses set forth under 18 U.S.C. §
5 3664(c)(5) due to the defendant's counsel's need to review and possibly prepare a response to the
6 proposed restitution.
7  IT IS SO STIPULATED.
8 Dated:  May 26, 2016                                     Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Todd A. Pickles*
TODD A. PICKLES
Assistant U.S. Attorney

For the United States of America

By: */s/ Todd A. Pickles for*
MICHAEL KHOURI, ESQ.

For defendant Neil Van Dyck

**[PROPOSED] ORDER**

This matter comes before the Court on the parties Stipulation to Continue Restitution Hearing. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation and GRANTS the parties' request.  The restitution hearing set for May 27, 2016 is hereby CONTINUED to June 24, 2016 at 9:00 a.m.  The time between May 27, 2016, and June 24, 2016 is excluded from the time period for a final determination of the victim's losses set forth under 18 U.S.C. § 3664(c)(5) due defendant's counsel's need to review and possibly prepare a response to the Probation Office's recommended restitution.

IT IS SO ORDERED.

Dated:  May 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge