PHILLIP A. TALBERT
Acting United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-00200 GEB |
|---|---|
| Plaintiff, | STIPULATION RE: RESTITUTION; ORDER |
| v. | |
| NEIL A. VAN DYCK, | |
| Defendant. | |

    The United States, through the undersigned counsel, and defendant Neil A. Van Dyck, through his undersigned counsel, hereby stipulate and jointly request that, pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A(c)(1)(A)(ii), restitution be ordered payable to the following entities in the following amounts and that the judgment in this case be amended accordingly.  The parties further stipulate and request that the restitution hearing set for June 24, 2016 at 9:00 a.m. be vacated and that the matter be closed.

| | Entity | Amount |
|---|---|---|
| 1. | Medicare | $954,142.11 |
| 2. | Tricare | $62,418.01 |
| 3. | Aetna | $13,589.40 |
| 4. | Anthem | $89,928.98 |

STIPULATION RE: RESTITUTION      1

|  |  |  |
|---|---|---:|
| 5. | Blue Shield | $40,567.87 |
| 6. | Cigna East | $175,21 |
| 7. | Cigna West | $31.18 |
| 8. | Coventry | $1,843.37 |
| 9. | HealthNet | $1,954.17 |
| 10. | HealthSmart | $79.00 |
| 11. | Humana | <u>$1,982.89</u> |

**$1,168,087.81 (Total)**

IT IS SO STIPULATED.

Dated:  June 16, 2016                                      Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Todd A. Pickles*
    TODD A. PICKLES
    Assistant U.S. Attorney

For the United States of America

Dated: June 16, 2016

By: */s/ Todd A. Pickles for*
    MICHAEL KHOURI, ESQ.

For defendant Neil Van Dyck

STIPULATION RE: RESTITUTION                       2

**ORDER**

This matter comes before the Court on the parties Stipulation re: Restitution. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation. IT IS HEREBY ORDERED THAT the defendant Neil Van Dyck shall pay restitution to the entities in the amounts as set forth in the parties' stipulation and that the Clerk of the Court shall amend the judgment accordingly. The restitution hearing set for June 24, 2016 at 9:00 a.m. is hereby VACATED and the matter is closed.

IT IS SO ORDERED.

Dated:  June 16, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge