1  PHILLIP A. TALBERT
   Acting United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           CASE NO. 2:15-CR-00200 GEB

12                    Plaintiff,        **AMENDED** STIPULATION RE: RESTITUTION;
                                        ORDER
13          v.

14  NEIL A. VAN DYCK,

15                    Defendant.

16

17
          The United States, through the undersigned counsel, and defendant Neil A. Van Dyck, through
18
   his undersigned counsel, hereby stipulate and jointly request that, pursuant to the Mandatory Victim
19
   Restitution Act, 18 U.S.C. § 3663A(c)(1)(A)(ii), restitution be ordered payable to the following entities
20
   in the following amounts and that the judgment in this case be amended accordingly.
21
                  Entity                          Amount
22
          1.      Medicare                        $954,142.11
23
          2.      Tricare                         $62,418.01
24
          3.      Aetna                           $13,589.40
25
          4.      Anthem                          $89,928.98
26
          5.      Blue Shield                     $40,567.87
27
          6.      Cigna East                      $175.21
28

   STIPULATION RE: RESTITUTION                    1

| | | | |
|---|---|---|---:|
| | 7. | Cigna West | $31.18 |
| | 8. | Coventry | $1,843.37 |
| | 9. | HealthNet | $1,954.17 |
| | 10. | HealthSmart | $79.00 |
| | 11. | Humana | <u>$1,982.89</u> |

**$1,166,712.19 (Total)**

IT IS SO STIPULATED.

Dated:  July 28, 2016                                            Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By:*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant U.S. Attorney

For the United States of America

Dated: July 28, 2016

By:*/s/ Todd A. Pickles for*
MICHAEL KHOURI, ESQ.

For defendant Neil Van Dyck

**ORDER**

This matter comes before the Court on the parties Stipulation re: Restitution. Having read and considered the papers, and being fully informed, the Court ADOPTS the stipulation. IT IS HEREBY ORDERED THAT the defendant Neil Van Dyck shall pay restitution to the entities in the amounts as set forth in the parties' stipulation and that the Clerk of the Court shall amend the judgment accordingly. The matter is closed.

IT IS SO ORDERED.

Dated: July 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge