McGREGOR W. SCOTT
United States Attorney
COLLEEN M. KENNEDY
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEIL A. VAN DYCK,<br><br>Defendant. | 2:15-CR-00200-GEB<br><br>ORDER MODIFYING JUDGMENT REGARDING RESTITUTION |

The Court has reviewed the parties' joint stipulated request to modify the restitution amounts for the two federal victims (Medicare and Tricare) to account for certain funds paid to the Relators in the parallel *qui tam* civil case, *United States and the State of California v. Neil A. Van Dyck, DPM, Inc. and Neil A. Van Dyck, DPM*, 2:12-CV-01783-MCE-DB. In light of the parties' stipulated request, IT IS HEREBY ORDERED as follows:

1. The Restitution Order on page 5 of the Amended Judgment is modified to reduce the restitution amount ordered for Medicare from $954,142.11 to $715,606.58, and

///

///

///

///

Order Modifying Judgment Regarding Restitution

1

2. The Restitution Order on page 5 of the Amended Judgment is modified to reduce the restitution amount ordered for Tricare from $62,418.01 to $46,813.51.

IT IS SO ORDERED.

Dated: July 26, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge

Order Modifying Judgment Regarding Restitution